## ROWE v. STATE.
### No. 20649.

Court of Criminal Appeals of Texas.
Oct. 18, 1939.

J. W. McCullough and W. C. Dowdy, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $50 and confinement in the county jail for five days.

The record before us contains neither a statement of facts nor bills of exception. The indictment appears to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.

## EDWARDS v. STATE.
### No. 20662.

Court of Criminal Appeals of Texas.
Oct. 18, 1939.

Russell Wolters, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for six years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.